EN EL TRIBUNAL SUPREMO DE PUERTO RICO

|  |  |
|---|---|
| In re: <br><br> Enrique Pellot Córdova <br> Sheila Pellot Cestero | 2020 TSPR 154 <br><br> 205 DPR _____ |

Número del Caso:  TS-6142
                  TS-14,581


Fecha:  14 de diciembre de 2020


Abogados del peticionario:

     Por derecho propio



Materia:  Reinstalación al ejercicio de la abogacía.



Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re*:

Enrique Pellot Córdova                    TS – 6142
Sheila Pellot Cestero                     TS – 14,581

RESOLUCIÓN

En San Juan, Puerto Rico, a 14 de diciembre de 2020.

Examinada la *Moción en solicitud de reinstalación presentada* por el Sr. Enrique Pellot Córdova y la Sra. Sheila Pellot Cestero, se provee *ha lugar*. Se reinstala a ambos a la práctica de la profesión legal.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. La Jueza Presidenta Oronoz Rodríguez, la Juez Asociada señora Rodríguez Rodríguez y el Juez Asociado señor Colón Pérez no intervinieron.

José Ignacio Campos Pérez
Secretario del Tribunal Supremo